## A. L. Jones Company, Appellee, v. Bowman Dairy Company, Appellant.

### Gen. No. 23,247.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed March 12, 1918. Rehearing denied March 23, 1918.

### Statement of the Case.

Action by A. L. Jones Company, a corporation, plaintiff, against Bowman Dairy Company, a corporation, defendant, to recover damages for a breach of contract. From a judgment for plaintiff, defendant appeals.

MONTGOMERY, HART, SMITH & STEERE, for appellant.

OSCAR H. OLSON, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

In re Estate of William Schultz, 209 Ill. App. 580.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 482*—*when proposition of law unnecessary to raise question of sufficiency of evidence.* No proposition of law is necessary to raise the question of the sufficiency of the evidence below to establish a custom, where the materiality of the evidence was objected to and there was a motion predicated on the insufficiency of the entire evidence.

2. CUSTOMS AND USAGES, § 27*—*when evidence insufficient to establish custom.* Where there is no testimony tending to show a general custom as claimed by plaintiff and his own witnesses testify that they know nothing of a custom with other dealers and that their conclusions are drawn from their own experiences, such evidence is insufficient to establish a custom.

3. CUSTOMS AND USAGES, § 27*—*what necessary to prove custom.* To establish a usage or custom, it is not sufficient to prove certain isolated instances, as the usage must be positively established as a fact, and not left to be drawn, as a matter of inference, from transactions.